IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02643-KLM

MARK MOROWSKI, on behalf of himself, and all other plaintiffs similarly situated, known and unknown,

    Plaintiff,

v.

COLORADO CORING & CUTTING, INC.,

    Defendant.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Stipulation of Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41** [#25] ("Stipulation").  Although the title of the document states it is a Stipulation of Dismissal of Defendant John Sarnowski (who was previously dismissed from the case), the text of the document makes clear the Stipulation is seeking to dismiss the claims against the remaining Defendant Colorado Coring & Cutting, Inc. .*See id.* at 1.

    Fed. R. Civ. P. 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss an action "without a court order by filing: . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]"  Here, Defendant has not filed an answer or a motion for summary judgment in this action, or appeared in any manner.  Accordingly,

    IT IS HEREBY **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk of Court shall close this case.

    Dated:   July 25, 2023